No. 94–6780. JACKSON v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6783. KISKILA ET UX. v. BUSINESS EXCHANGE, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–6784. GRAVES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6786. FORD v. WILLIAMS ET AL. Sup. Ct. Cal. Certiorari denied.

No. 94–6788. DENHAM v. KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6791. HOLLOWAY v. OLIVAREZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6792. BRUNN v. UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–6795. BRADVICA v. JONES, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 94–6796. BETKA v. SMITH ET UX. Cir. Ct. Ore., Clackamas County. Certiorari denied.

No. 94–6798. CHATTERS v. THURMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6799. REYES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6800. LONG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6807. REESE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6808. MCCLELLAN v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94–6809. LOVE v. SCOTT ET AL. C. A. 5th Cir. Certiorari denied.